# United States District Court

## District of Utah

| | |
|---|---|
| WENDI HATFIELD, | |
| Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| THE COTTAGES ON 78TH COMMUNITY ASSOCIATION, DREW KEDDINGTON, DAVE RUPRECHT, MATTHEW MEDFORD, MILLER HARRISON LLC, DOUGLAS SHUMWAY, MICHELLE POHLMAN, and PMI OF UTAH, | Case Number: 2:19-CV-964 TS |
| Defendants | |

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants on Plaintiff's claims and Defendants' counterclaims are dismissed without prejudice.

March 1, 2021

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge